IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.   3:04cr47/LAC
   3:07cv513/LAC/MD

MATTHEW TODD PUCKET

O R D E R

      Defendant has filed a motion to vacate sentence pursuant to 28 U.S.C. § 2255. (Doc. 171). The motion was signed by the defendant and also by James M. Falvey, Esq., who states in an attached letter that he is not representing the defendant in this matter-- that the defendant is appearing pro se. Because of this, and because Mr. Falvey is not a member of the bar of this court, the court accepts the motion and filing as a pro se submission. The motion otherwise appears to be in the proper form, and there is a certificate of service indicating that the motion has been served on the office of the United States Attorney for this district.

      Accordingly, it is therefore ORDERED:

      The clerk of this court is directed to furnish a copy of this order and of the motion to vacate, set aside or correct sentence to the Office of the United States Attorney for this district which office shall have sixty (60) days from the date this order is entered on the docket in which to show cause, if any, why the relief requested should not be granted.

      The docket shall reflect that the defendant is appearing pro se in this matter. Any pleadings filed in this case need be served on or sent to only the defendant at his address

of record, unless and until an attorney who is a member of the bar of this court files a proper notice of appearance.

To the extent the defendant requests the appointment of counsel, his request is denied as there is no constitutional right to counsel in post-conviction proceedings. *Coleman v. Thompson*, 501 U.S. 722, 752, 111 S.Ct. 2546, 2566, 115 L.Ed.2d 640 (1991); *Pennsylvania v. Finley*, 481 U.S. 551, 554, 107 S.Ct. 1990, 1993, 95 L.Ed.2d 539 (1987).

DONE AND ORDERED this 3rd day of December, 2007.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**