### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                        Case No: 3:04cr47/LAC
                                                   3:07cv513/LAC/MD

MATTHEW T. PUCKETT

---

### <u>ORDER</u>

The defendant has filed a motion for certificate of appealability. (Doc. 181). Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief. <u>See</u> 28 U.S.C. 2253(c)(1)(B). Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's May 30, 2008 order (doc. 178) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on May 13, 2008 (doc. 176) over defendant's objection, his request for a certificate of appealability is DENIED. Defendant's motion for leave to proceed *in forma pauperis* (doc. 182) should also be denied as the court finds that the appeal is not taken in good faith and the defendant is not otherwise entitled to so proceed. Fed.R.App.P. 24(a)(3). Defendant shall pay the $455.00 filing fee within thirty days.

DONE AND ORDERED this 1st day of July, 2008.

s/*L. A. Collier*

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**